IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| S&D Trading Academy, LLC, and<br>S&D Global Trading, Inc.<br><br>   Plaintiffs,<br><br>v.<br><br>AAFIS, INC. HELEN SHIH,<br>AND MARTY SHIH<br><br>   Defendants. | § § § § § § § § § § § § | CIVIL ACTION NUMBER<br><br>3:06-V-00739 |

**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF HELEN SHIH
IN SUPPORT OF AAFIS' MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION**

  Comes now defendant AAFIS, Inc. ("AAFIS") and hereby gives notice of the filing of the attached supplemental declaration of Helen Shih, which is filed in support of AAFIS' previously filed motion to dismiss for lack of personal jurisdiction.

                   Respectfully submitted,

                   _____
                   Ben C. Broocks
                   State Bar No. 03058800
                   Federal Bar ID 7421
                   **JACKSON WALKER L.L.P.**
                   100 Congress Avenue, Suite 1100
                   Austin, TX 78701
                   512.236.2000 (main)
                   512.236.2002 (fax)
                   **ATTORNEY IN CHARGE FOR
                   DEFENDANT AAFIS, INC.**

OF COUNSEL:

**JACKSON WALKER L.L.P.**
Alan Daughtry
State Bar No. 00793583
Federal Bar ID 27989
1401 McKinney Street, Suite 1900
Houston, TX 77010-9907
713.752.4200 (main)
713.752.4221 (fax)

Mark L. Walters
State Bar No. 00788611
Federal Bar ID 18109
100 Congress Avenue, Suite 1100
Austin, TX 78701
512.236.2000 (main)
512.236.2002 (fax)

## CERTIFICATE OF SERVICE

Service of the foregoing will be accomplished automatically through a notice of electronic filing on the persons listed below.

      Francis Spagnoletti
      David S. Toy
      401 Louisiana Street, 8th Floor
      Houston, Texas  77002

_____
Mark L. Walters

## SUPPLEMENTAL DECLARATION OF HELEN SHIH

My name is Helen Shih. I am competent to give this declaration in all respects. All of the matters herein stated are true and correct and are within my own personal knowledge.

1. This Declaration is given as a supplement to my prior Declaration in this matter which I executed on February 12, 2007.

2. In Paragraph 20C of my February 12, 2007 Declaration I stated that for the last few years, AAFIS has had a relationship with Cyber Trader Corp. In addition, AAFIS has a similar relationship with Transcend Capital with offices in Dallas Texas for Transcend to serve as a broker dealer through which securities trading effected on the New York Stock Exchange and NASDAQ are executed. While it is my understanding that Transcend has its principle office in Dallas, AAFIS' contract with Transcend is international in scope, and the Texas contacts are purely fortuitous.

3. Further, with respect to the training provided to stock traders by D.J. Cleary ("Cleary") or Robert Compher ("Compher") to traders employed by Asian American Association, Shen Yang, Limit Liability Corporation ("ASY"), during the time period from July 2005 through October 2006, the total number of ASY traders on Cleary and Compher's team and the total number of traders employed by ASY, as of the last day of each month, were as follows:

| Month | No. of Members of Cleary/Compher Team | Total No. of Traders Employed by ASY |
|---|---|---|
| 07-2005 | 4 | 192 |
| 08-2005 | 4 | 234 |
| 09-2005 | 5 | 219 |
| 10-2005 | 16 | 266 |
| 11-2005 | 22 | 255 |
| 12-2005 | 22 | 299 |
| 01-2006 | 55 | 322 |
| 02-2006 | 55 | 316 |
| 03-2006 | 56 | 354 |
| 04-2006 | 50 | 339 |
| 05-2006 | 38 | 364 |
| 06-2006 | 45 | 365 |
| 07-2006 | 63 | 372 |
| 08-2006 | 56 | 362 |
| 09-2006 | 66 | 342 |
| 10-2006 | 64 | 372 |

The figures for Cleary and Compher's team do not include new probationary hires, but the total figures for all ASY employees do include new probationary employees. Also, the figures for the total number of employees includes those on Cleary and Compher's team.

4. As discussed in my February 12, 2007 declaration there were 28 traders who received training in Houston. Most, if not all, of the remaining traders on Cleary and Compher's team received training from Cleary or Compher in the Peoples' Republic of China ("PRC"). The traders not on Cleary and Compher's team did not receive training from Cleary or Compher. As stated in my original declaration, all of these traders were employed by ASY and all are residents of the PRC. Although I have not had the opportunity to review the relevant records prior to executing this supplemental declaration, to the best of my present recollection, some of these traders, including some of the traders trained by Cleary or Compher, are no longer employed by ASY.

5. With respect to my personal contacts with Texas. I have a personal money market account with Transcend Capital. This account is in my name and is separate from AAFIS's account with Transcend.

6. Also, at one time prior to the events giving rise to the claims in this lawsuit, and prior to the date AAFIS was created as a legal entity, I was licensed to sell, and sold, insurance products. During this time period, I obtained a Series 7 securities license. Though I do not presently utilize this license, I have maintained it as an active license since I obtained it. At present, the license is held by Transcend Capital in Dallas. I have never, however, utilized my Series 7 license while it was held by Transcend Capital or any other entity located in Texas.

Under penalty of perjury, I affirm that the foregoing is true and correct to the best of my personal knowledge this ___5th___ day of ___APRIL___, 2007.

_____
Helen Shih

4640066v.1