IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| S&D TRADING ACADEMY, LLC, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-06-739 |
| | § | |
| AAFIS INC., ET AL. | § | |

## FINAL JUDGMENT

On June 3, 2008, this Court issued its Opinion and Order granting the Motion for Summary Judgment of Defendant AAFIS, Inc., which is incorporated herein by reference, and it is, therefore, **ORDERED** and **ADJUDGED** that Plaintiffs, S&D Trading Academy, LLC. and S&D Global Trading, Inc., take nothing; that Plaintiffs' Complaint is **DISMISSED on the merits with prejudice**; and that Defendant AAFIS, Inc., **RECOVER** from Plaintiffs its costs of action.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Brownsville, Texas, this ____3rd____ day of June, 2008.

John R. Froeschner
United States Magistrate Judge